**United States District Court**
For the Northern District of California

1

2

3

4

5              IN THE UNITED STATES DISTRICT COURT

6          FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   SAMUEL MICHAEL KELLER, on behalf of           No. C 12-80026 SI
    himself and all others similarly situated,
9                                                 *SUA SPONTE* **ORDER OF REFERRAL**
                  Plaintiff(s),                   **FOR RELATED CASE**
10                                                **DETERMINATION**

        v.
11
    IMG WORLDWIDE, INC.,
12
                  Defendant.
13  _____/

14
            This case was transferred from the United States District Court of the Southern District of New
15
    York and opened as a miscellaneous action.  *See* Doc. 12.  Pursuant to Civil Local Rule 3-12(c), the
16
    Court refers this case to Judge Wilken for a determination of whether it is related to *In re NCAA Student*
17
    *- Athlete Name & Likeness*, Case No. 09-1967 CW.
18

19
        **IT IS SO ORDERED.**
20

21
    Dated: February 21, 2012
22                                                SUSAN ILLSTON
                                                  United States District Judge
23

24

25

26

27

28