IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAMUEL MICHAEL KELLER on behalf of himself and all others similarly situated,

    Plaintiffs,

  v.

IMG WORLDWIDE INC,

    Defendant.
_____/

No. M 12-80026 CW

ORDER OF REFERENCE TO MAGISTRATE JUDGE

Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that the motion to compel and **all further discovery motions** filed in the above-captioned case are referred to Magistrate Judge Cousins. Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

Dated: 2/28/2012

                              CLAUDIA WILKEN
                              United States District Judge

cc: MagRef; NC