IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL MICHAEL KELLER on behalf of himself and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>IMG WORLDWIDE INC,<br><br>    Defendant.<br>_____/ | No. M 12-80026 CW<br><br>ORDER OF REFERENCE TO MAGISTRATE JUDGE |

    Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that the motion to compel and **all further discovery motions** filed in the above-captioned case are referred to Magistrate Judge Cousins. Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

Dated: 2/28/2012

                                       CLAUDIA WILKEN
                                       United States District Judge

cc:   MagRef; NC